

Jane MacCracken
Chief, CSO - Programs Division

**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

Ted C. Willmann
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14     **Citation Number(s):** 6483470

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).
Discretionary (Chief of Police)

| | | | |
|---|---|---|---|
| | Refund Approved | | 01/10/2019 |
| X | Void/Dismissal Approved | RANDY DORSEY SYSTEM GENERATED | Date |

Further action to be taken by CVB or Agency, please specify:

Ordered this  11th  Day of  January  20 19    s/ Susan M. Bazis    67bg
                                              U.S. Magistrate Judge   Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY